[No. 25063–9–I. Division One. December 17, 1990.]

WILLIAM BROKAW, ET AL, *Respondents,* v. MICHAEL D.
HASTINGS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 87–2–22210–1, Arthur E. Piehler, J., entered

July 7, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Webster, JJ.